Mark Berkowitz (Bar No. 232472017)
TARTER KRINSKY & DROGIN LLP
1350 Broadway
New York, NY 10018
Tel.:     (212) 216-8000
Fax:     (212) 216-8001
E-mail:  mberkowitz@tarterkrinsky.com

*Attorneys for Defendants*
*Premium Food Group, Inc. and*
*Nut Cravings, Inc.*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| OHIO SECURITY INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>PREMIUM FOOD GROUP, INC. and NUT CRAVINGS, INC.,<br><br>Defendants. | Case No. 3:21-CV-15690-FLW-LHG<br><br>**DEFENDANTS' NOTICE OF MOTION TO DISMISS COMPLAINT**<br><br>Date: December 6, 2021<br>Time: 1:30 p.m.<br><br><u>Assigned to</u>:<br><br>Chief Judge Freda L. Wolfson<br><br>Magistrate Judge Lois H. Goodman |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that, on December 6, 2021, at 1:30 p.m. before the Honorable

Lois H. Goodman, Defendants Premium Food Group, Inc., and Nut Cravings Inc. ("Defendants")

1

will respectfully move this Court for an order dismissing Plaintiff's Complaint pursuant to Rules 12(b)(2) of the Federal Rules of Civil Procedure.

This Motion is made pursuant to Federal Rule of Civil Procedure 12(b)(2) for lack of personal jurisdiction, and is based upon this Notice of Motion, the Memorandum in support thereof, the Declaration of Asher Guttman, all pleadings, records, and documents on file herein, and upon such other evidence, oral and documentary, as may be presented to the Court at or before the hearing on this Motion.

As discussed in the accompanying Memorandum, Defendants are New York corporations with no contacts to New Jersey that would subject them to being haled to New Jersey to defend against this action. Defendants simply sells its products online, including through its own e-commerce website and on Amazon.com ("Amazon")—in all cases, Defendants do not expressly aim any activities at New Jersey. Defendants are not subject to the personal jurisdiction of this Court, and the Complaint should be dismissed.

                                            Respectfully submitted,

Dated: November 1, 2021　　　　　　　　TARTER KRINSKY & DROGIN LLP

　　　　　　　　　　　　　　　　By:　*s/ Mark Berkowitz*
　　　　　　　　　　　　　　　　　　　Mark Berkowitz
　　　　　　　　　　　　　　　　　　　mberkowitz@tarterkrinsky.com
　　　　　　　　　　　　　　　　　　　TARTER KRINSKY & DROGIN LLP
　　　　　　　　　　　　　　　　　　　1350 Broadway
　　　　　　　　　　　　　　　　　　　New York, NY 10018
　　　　　　　　　　　　　　　　　　　Tel: 212.216.8000

　　　　　　　　　　　　　　　　*Attorneys for Defendants Premium Food Group, Inc.*
　　　　　　　　　　　　　　　　*and Nut Cravings Inc*.