UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| OHIO SECURITY INSURANCE COMPANY,<br>Plaintiff,<br><br>v.<br><br>PREMIUM FOOD GROUP, INC. and NUT CRAVINGS, INC.,<br><br>Defendants. | Civil Action No. 21-15690 (FLW)<br><br>**ORDER** |

**THIS MATTER** having been opened to the Court upon a motion to dismiss for lack of personal jurisdiction by Mark Berkowitz Esq., counsel for defendants Premium Food Group, Inc. and Nut Cravings Inc. [ECF No. 12]; it appearing that plaintiff Ohio Security Insurance Company, by and through its counsel, Richard J. Barca, Esq., opposes the Motion [ECF No. 13]; the Court having considered the submissions of the parties pursuant to Federal Rule of Civil Procedure 78, and for good cause shown,

**IT IS** on this 30th day of June, 2022:

**ORDERED** that Defendants' Motion to Dismiss is **GRANTED**; and it is further

**ORDERED** that in lieu of dismissal, this case is transferred to the United States District Court for the Southern District of New York pursuant to 28 U.S.C. § 1406, where personal jurisdiction exists over both Defendants.

/s/ Freda L. Wolfson
Hon. Freda L. Wolfson
U.S. Chief District Judge
